1  LAW OFFICES OF TODD A. MURRAY
   Todd A. Murray (State Bar #75364)
2  Attorneys at Law
   1050 Fulton Avenue, Suite 218
3  Sacramento, California 95825
   Telephone:  (916) 488-1795
4  Facsimile:   (916) 481-5080

5  Attorney for Defendant
   Munther Massarweh, an individual

6
   NOMELLINI, GRILLI & MCDANIEL,
7  PROFESSIONAL LAW CORPORATION
   Daniel A. McDaniel (State Bar #77363)
8  235 East Weber Avenue
   Post Office Box 1461
9  Stockton, California 95201
   Telephone:  (209) 465-5883
10 Facsimile: (209) 465-3956

11 Attorney for Plaintiff
   General Produce Co., LTD, a
12 California limited partnership

13

14                    UNITED STATES DISTRICT COURT

15                   FOR THE EASTERN DISTRICT OF CALIFORNIA

16
   GENERAL PRODUCE CO., LTD, a California    )   Case No.  2:12-CV-00359-WBS-CKD
17 limited partnership,                       )
                                              )
18                Plaintiff,                  )
                                              )   **STIPULATION AND ORDER TO**
19                                            )   **SET ASIDE DEFAULT ENTERED**
   v.                                         )   **AGAINST MUNTHER**
20                                            )   **MASSARWEH, an individual**
   PMC2 UKIAH, LLC, a California limited liability )
21 company doing business as BRANCHES WOOD   )
   FIRED CHOP HOUSE; MARK L. WATSON, JR.,    )
22 and individual; DEBRA WATSON, an individual; )
   and MUNTHER MASSARWEH, an individual,     )
23                                            )
                  Defendants.                 )
24 _____/)

25
           On February 13, 2012, Plaintiff GENERAL PRODUCE CO., LTD, a California limited
26
   partnership filed an action in the United States District Court for the Eastern District of
27
   California.  Defendant MUNTHER MASSARWEH, an individual is named in the suit.  On
28

---

Stipulation and Order to Set Aside Default

1

March 16, 2012, a Request for Entry of Default was entered against Defendant MUNTHER MASSARWEH.  Plaintiff and Defendant MUNTHER MASSARWEH have agreed to set aside the Entry of Default against Defendant.

Accordingly, it is stipulated by and between the parties to this action, through their respective attorneys, that the Entry of Default against MUNTHER MASSARWEH, an individual is hereby set aside and concurrently herewith Defendant will file the Answer no later than March 30, 2012.

DATED: March 22, 2012                     LAW OFFICES OF TODD A. MURRAY


                                          By:  __/s/ Todd A. Murray_____
                                                 Todd A. Murray, Esq.
                                                 Attorney for Defendant
                                                  MUNTHER MASSARWEH

DATED: March 22, 2012                     NOMELLINI, GRILLI & MCDANIEL,
                                          PROFESSIONAL LAW CORPORATION


                                          By:  ___/s/ Daniel A. McDaniel_____
                                                 Daniel A. McDaniel, Esq.
                                                 Attorney for Plaintiff


**ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.


                         Dated:   March 27, 2012

                         WILLIAM B. SHUBB
                         UNITED STATES DISTRICT JUDGE