LAW OFFICES OF TODD A. MURRAY
Todd A. Murray (State Bar #75364)
Attorneys at Law
1050 Fulton Avenue, Suite 218
Sacramento, California 95825
Telephone:  (916) 488-1795
Facsimile:   (916) 481-5080

Attorney for Defendant
Munther Massarweh, an individual

NOMELLINI, GRILLI & MCDANIEL,
PROFESSIONAL LAW CORPORATION
Daniel A. McDaniel (State Bar #77363)
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201
Telephone:  (209) 465-5883
Facsimile: (209) 465-3956

Attorney for Plaintiff
General Produce Co., LTD, a
California limited partnership

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD, a California limited partnership,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>PMC2 UKIAH, LLC, a California limited liability company doing business as BRANCHES WOOD FIRED CHOP HOUSE; MARK L. WATSON, JR., and individual; DEBRA WATSON, an individual; and MUNTHER MASSARWEH, an individual,<br><br>　　　　　　Defendants.<br>_____ | Case No.  2:12-CV-00359-WBS-CKD<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT ENTERED AGAINST MUNTHER MASSARWEH, an individual** |

　　　　On February 13, 2012, Plaintiff GENERAL PRODUCE CO., LTD, a California limited partnership filed an action in the United States District Court for the Eastern District of California.  Defendant MUNTHER MASSARWEH, an individual is named in the suit.  On

---

Stipulation and Order to Set Aside Default

1  March 16, 2012, a Request for Entry of Default was entered against Defendant MUNTHER
2  MASSARWEH.  Plaintiff and Defendant MUNTHER MASSARWEH have agreed to set aside
3  the Entry of Default against Defendant.
4      Accordingly, it is stipulated by and between the parties to this action, through their
5  respective attorneys, that the Entry of Default against MUNTHER MASSARWEH, an individual
6  is hereby set aside and concurrently herewith Defendant will file the Answer no later than March
7  30, 2012.
8
9  DATED: March 22, 2012      LAW OFFICES OF TODD A. MURRAY
10
11     By:  __/s/ Todd A. Murray_____
    Todd A. Murray, Esq.
12     Attorney for Defendant
    MUNTHER MASSARWEH
13
14 DATED: March 22, 2012      NOMELLINI, GRILLI & MCDANIEL,
    PROFESSIONAL LAW CORPORATION
15
16     By:  ___/s/ Daniel A. McDaniel_____
17     Daniel A. McDaniel, Esq.
    Attorney for Plaintiff
18
19
20
### **ORDER**
21
22 GOOD CAUSE APPEARING, IT IS SO ORDERED.
23
24
    Dated:  March 27, 2012
25
26
    WILLIAM B. SHUBB
27     UNITED STATES DISTRICT JUDGE
28

Stipulation and Order to Set Aside Default

2