DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff
General Produce Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PMC2 UKIAH, LLC, a California limited liability company doing business as BRANCHES WOOD FIRED CHOP HOUSE; MARK L. WATSON, JR., an individual; DEBRA WATSON, an individual; and MUNTHER MASSARWEH, an individual,<br><br>　　　　　Defendants. | Case No. 2:12-CV-00359-WBS-CKD<br><br>**ORDER PURSUANT TO STIPULATION** |

Pursuant to the Stipulation for Continuance of Status (Pretrial Scheduling) Conference, it is hereby ordered that the Status (Pretrial Scheduling) Conference set for May 14, 2012, at 2:00 p.m. be continued to December 10, 2012, 2:00 p.m. A Joint Status Report shall be filed no later than November 26, 2012.

　　　ITS IS SO ORDERED.

Dated: April 26, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---
[Proposed] Order Pursuant to Stipulation