1  DANIEL A. McDANIEL - SBN 77363
   NOMELLINI, GRILLI & McDANIEL
2  PROFESSIONAL LAW CORPORATIONS
   235 East Weber Avenue
3  Post Office Box 1461
   Stockton, California 95201-1461
4  Telephone: (209) 465-5883
   Facsimile: (209) 465-3956
5
   Attorneys for Plaintiff
6  General Produce Co., Ltd.

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 GENERAL PRODUCE CO., LTD., a          )   Case No. 2:12-CV-00359-WBS-CKD
   California limited partnership,       )
12                                       )
                 Plaintiff,              )   **ORDER PURSUANT**
13                                       )   **TO STIPULATION**
   vs.                                   )
14                                       )
   PMC2 UKIAH, LLC, a California limited )
15 liability company doing business as   )
   BRANCHES WOOD FIRED CHOP HOUSE; )
16 MARK L. WATSON, JR., an individual;   )
   DEBRA WATSON, an individual; and      )
17 MUNTHER MASSARWEH, an individual,     )
                                         )
18               Defendants.             )
                                         )
19 _____)

20

21         Pursuant to the Joint Status Report and Request for Continuance of Status (Pretrial

22 Scheduling) Conference, it is hereby ordered that the Status (Pretrial Scheduling) Conference set

23 for December 10, 2012, at 2:00 p.m. is continued to **January 7, 2013 at 2:00 p.m.**

24         ITS IS SO ORDERED.

25 Dated:   November 16, 2012

26                                          /s/ William B. Shubb
                                            WILLIAM B. SHUBB
27                                          UNITED STATES DISTRICT JUDGE

28

_____
[Proposed] Order Pursuant to Stipulation